# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DANIEL REASE,

Appellant,

v.

CYNTHIA SHOLAR,

Appellee.

No. 2D2024-2663

————————————————

November 26, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pinellas County; Michael Francis Andrews, Judge.

April S. Goodwin of The Goodwin Firm, P.A., Saint Petersburg, for Appellant.

Kristin Rhodus of Rhodus Law Firm, PLLC, Largo, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.